IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02819-KLM

STEPHEN BUSHANKY,

    Plaintiff,

v.

ON DECK CAPITAL, INC.,
NOAH BRESLOW,
JANE J. THOMPSON,
RONALD F. VERNI,
DANIEL HENSON,
NEIL E. WOLFSON,
CHANDRA DHANDAPANI,
BRUCE P. NOLOP, AND
MANOLO SÁNCHEZ,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    In accordance with Plaintiff's Notice of Voluntary Dismissal [#7] filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

    IT IS HEREBY **ORDERED** that this case is **DISMISSED.**  The Clerk of Court shall close this case.

    Dated:  December 8, 2020